n'illS W4S an actio*» bicnght bv Walker, as the crA-flee ufan uanegoti&hle paper, sií.’d;,: payable to the pinialiiPn ¡a:estaco so-i cigiifj. TiAre was a 'rj;-;’kc for tl;c deícadaKi. A* d eow it was trasved in behalf oí Ash s, that a nóc should be made on Vt'í'ic-:!-, to chew canse why hs (Wíúctd} ahotiM net pay tho íí'sío And opon armament, »nd eking wveml caces adjudged h oav «nir:s, and upon time 'lAen >o sou.-Acr, ti;-,; ¡oxws a;C ¿íulged c.caofiun>gly, and ordered Walds? ¿o pay the i;jste3 tí;¿scuücd to isaue against hica J'oí the*u«